NUMBER 13-00-449-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


IN THE INTEREST OF JOSHUA L. HUNT, A CHILD

________________________________________________________________


On appeal from the 25th District Court 


of Gonzales County, Texas


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, RODNEY TEALER, attempted to perfect an appeal from
a judgment entered by the 25th District Court of Gonzales County,
Texas, in cause number 20,506. Judgment in this cause was signed
on April 12, 2000. No timely motion for new trial was filed. Pursuant
to Tex. R. App. P. 26.1, appellant's notice of appeal was due on May
12, 2000, but was not filed until June 15, 2000. 

 Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
Court's letter, the appeal would be dismissed. Appellee filed a motion
to dismiss for want of jurisdiction on August 10, 2000. Appellant's
response to appellee's motion was received on September 5, 2000.

 The Court, having examined and fully considered the documents
on file, appellant's failure to timely perfect his appeal, appellee's motion
to dismiss for want of jurisdiction, and appellant's response thereto, is
of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 30th day of November, 2000.